# In the United States Court of Federal Claims

Edwin Lee Geiersbach )
)
_____ )
Plaintiff(s), )  Case No. _____
)
v. )
)  Judge _____
THE UNITED STATES, )
)
Defendant. )
_____ )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.*, 28 U.S.C. §§ 1491-1509).

The defendant violated due process by violating laws, policies and procedures. See exhibit "A4" violations are a part of a letter dated 7-7-2016, also see exhibit "D1" US Tax Court Order Docket 14058-18, DEFENDANT "ORDER OF DISMISSAL FOR LACK OF JURISDICTION"

Received - USCFC
JAN 15 2019

2. PARTIES

Plaintiff, __Edwin Lee Geiersbach__, resides at __7705 S Oak Hill School Road__
(Street Address)

__Oak Grove, Missouri 64075__, __(816) 224-0111__
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

__N/A__

RELATED CASES. Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ( ) Yes  (●) No

If yes, please list the case(s) below, including case number(s):

3. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Defendant violated Plaintiff's due process by not having Jurisdiction and by taking $333,722.12 from Plaintiff's Social Security Benefits. See Exhibits "A1", "A2", "A3", "A4" and "D1".

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

I want the Court to award the Plaintiff a judgement in the amount of $2,806,982.01 for damages that the defendant caused by the defendants violating laws and due process without jurisdiction. See exhibits "A1", "A2", "A3", "A4" and "D1"

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __January__, __2019__.
        (day)           (month)      (year)

_Edwin Lee Geiersback_
Signature of Plaintiff(s)